IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| DEBBIE LOUISSAINT,    ) | |
|     Plaintiff,    ) | |
| ) | Case No.: 1:21-cv-24141 |
| v.    ) | |
| ) | |
| MIAMI-DADE COUNTY,    ) | |
| and ALAN JENKINS, an individual.    ) | |
|     Defendants.    ) | |
| / | Date: March 6, 2023 |

### STIPULATED MOTION TO WITHDRAW AS COUNSEL

**COMES NOW**, the undersigned attorney, RESHAD FAVORS, ESQ., and files this Motion to Withdraw as Counsel for Plaintiff, DEBBIE LOUISSAINT, and states as follows:

1. Circumstances and differences have arisen between Plaintiff, DEBBIE LOUISSAINT, and Attorney which prevents attorney from continuing to represent Plaintiff.

2. Plaintiff was given prior notice of the motion.

3. Contact for the Plaintiff is as follows: djanac1020@gmail.com; (786) 231-8732; 1001 NW 147th Street, Miami, FL 33168.

**WHEREFORE**, undersigned counsel respectfully requests that the Court approve the withdrawal of Reshad Favors and Burns Sheppard Favors, PLLC as counsel of record for Plaintiff Debbie Louissaint in this action.

Dated: March 6, 2023

Respectfully submitted,

*/s/ Reshad Favors*
Reshad D. Favors, Esq.
Burns Sheppard Favors, PLLC
80 M Street SE, Suite 100
Washington, DC 20003
(202) 508-8249
reshad@bsflegal.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of March, 2023, a true and correct copy of the foregoing was furnished by e-mail to the following:

William X. Candela
E-mail: wxc@miamidade.gov
Dade County Attorney's Office
111 NW 1st Street, Suite 2810
Miami, FL 33128-1993
Telephone: (305) 375-5151
Facsimile: (305) 375-5634
*Counsel for Defendants*

/s/ Reshad Favors
Reshad D. Favors, Esq.
Florida Bar No. 119860
BURNS SHEPPARD FAVORS
80 M Street SE, Suite 100
Washington, DC 20003
Phone: (202) 508-8249
Fax: (866) 531-0845
Primary Email: reshad@bsflegal.com
*Counsel for Plaintiff*