**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

_____
                                                              )
**DEBBIE LOUISSAINT,**                            )
    **Plaintiff,**                                      )
                                                              )          **Case No.:** 1:21-cv-24141
**v.**                                                        )
                                                              )
**MIAMI-DADE COUNTY,**                         )
**and ALAN JENKINS, an individual.**        )
    **Defendants.**                                  )
_____/

**ORDER ON STIPULATED**
**MOTION TO WITHDRAW AS COUNSEL**

    **THIS MATTER**, came before the Court on Plaintiff's Counsel's, RESHAD FAVORS,

ESQ., Stipulated Motion to Withdraw as Counsel and, upon review, the Court being otherwise

fully informed, it is hereby:

    **ORDERED, ADJUDGED, and DECREED** as follows:

1. Counsel's Stipulated Motion to Withdraw as Counsel is **GRANTED**.

2. Contact for the Plaintiff is as follows: djanac1020@gmail.com; (786) 231-8732; 1001

    NW 147th Street, Miami, FL 33168.

3. All future communications and filings shall be provided directly to Plaintiff.

**DONE AND ORDERD** on this ____ day of _____, 2023.

_____
        HON. CECILIA M. ALTONAGA
        CHIEF UNITED STATES DISTRICT JUDGE

CC:
- Reshad Favors, Esq., Former Attorney for Plaintiff
- Debbie Louissaint, Pro Se Plaintiff
- William Candela, Counsel for Defendants