UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-24141-CIV-ALTONAGA

DEBBIE LOUISSAINT,

      Plaintiff,

vs.

MIAMI-DADE COUNTY,

      Defendant.
_____/

## SPECIAL INTERROGATORIES TO THE JURY

**Do you find from a preponderance of the evidence:**

1. That Debbe Louissaint engaged in protected activity?

      Answer Yes or No    __NO__

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2. That Miami-Dade County took an adverse employment action against Debbe Louissaint because of Debbe Louissaint's protected activity?

      Answer Yes or No    _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

3. That Debbe Louissaint suffered damages because of the adverse employment action?

      Answer Yes or No    _____

4. That Debbe Louissaint should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

        Answer Yes or No      _____

        If your answer is "Yes,"
        in what amount?      $_____

5. That Debbe Louissaint should be awarded damages to compensate for emotional pain and mental anguish?

        Answer Yes or No      _____

        If your answer is "Yes,"
        in what amount?      $_____

If you did not award damages in response to either Question Nos. 4 or 5, this will end your deliberations, and your foreperson should go to the end of this verdict form to sign and date it.

SO SAY WE ALL.

_____      May 28, 2024
Foreperson's Signature                            Date