UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-24141-CIV-ALTONAGA

DEBBIE LOUISSAINT,

    Plaintiff,

vs.

MIAMI-DADE COUNTY,

    Defendant.
_____/

## SPECIAL INTERROGATORIES TO THE JURY

**Do you find from a preponderance of the evidence:**

1. That Debbe Louissaint's sex, race, color, or national origin was a motivating factor that prompted Miami-Dade County to discharge her from employment?

    Answer Yes or No    __NO__

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2. That Debbe Louissaint should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

    Answer Yes or No    _____

    If your answer is "Yes,"
    in what amount?    $_____

3. That Debbe Louissaint should be awarded damages to compensate for emotional pain and mental anguish?

    Answer Yes or No    _____

    If your answer is "Yes,"
    in what amount?    $_____

CASE NO. 21-24141-CIV-ALTONAGA

If you did not award damages in response to either Question Nos. 2 or 3, this will end your deliberations, and your foreperson should go to the end of this verdict form to sign and date it.

SO SAY WE ALL.

_____          *May 28, 2024*
Foreperson's Signature                                  Date